BRUCE M. TIMM, Bar No. 199679
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:    916.830.7200

DENNIS D. PALMER, MO Bar No. 21499
TRAVIS SALMON, MO Bar No. 53090
SHUGHART THOMSON & KILROY, P.C.
120 West 12th Street, Suite 1700
Kansas City, MO 64105
Telephone:    816.421.3355

Attorneys for Plaintiff
H & R BLOCK TAX SERVICES, INC.
a Delaware corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H & R BLOCK TAX SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTIN D. SIMON, individually, and MARTHA A. SIMON, individually,<br><br>Defendants. | Case No.  1:06-CV-01385-0WW-SMS<br><br>**JUDGMENT ON CONSENT** |

Upon the consent and agreement of Plaintiff H&R Block Tax Services, Inc. (hereinafter "H&R Block") and Defendants Agustin Simon and Martha Simon (hereinafter "Simon"), to settle disputed claims, judgment is entered as follows:

1.    On or about October 5, 2006, H&R Block filed a Verified Complaint for Damages and Injunctive Relief against Simon for breach of three Franchise Agreements between H&R Block and Agustin Simon, violation of trade secret statutes, and breach of a Line of Credit Agreement between H&R Block and Agustin Simon, as more fully set forth in the United States District Court,

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

2004573.1                        JUDGMENT ON CONSENT                    Case No. 1:06-CV-01385-0WW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

Eastern District of California Complaint, entitled *H&R Block Tax Services, Inc. v. Augustin [sic] Simon, et al.,* Case No. 1:06-CV-01385-OWW-SMS ("the Action").

2. On or about December 13, 2006, Simon filed an answer and counterclaims against H&R Block for wrongful termination of the three Franchise Agreements between Agustin Simon and H&R Block, reimbursement of franchise fees and royalties, and other claims in the Action.

3. H&R Block sells franchises for tax preparation and related services in the State of California and other states in the United States.

4. H&R Block and Agustin Simon entered into three Franchise Agreements under which Agustin Simon, with the assistance of Martha Simon, operated an H&R Block franchise in Patterson, Gustine, and Livingston, California using the telephone numbers (209) 892-2292, (209) 854-3051, and (209) 394-3550 respectively.

5. Agustin Simon operated his H&R Block franchise in Livingston, California from a location at 420 Main Street, which he is leasing from a third party.

6. On or about June 7, 2006, H&R Block terminated the three Franchise Agreements with Agustin Simon.

7. Agustin Simon and Martha Simon deny liability on all claims and H&R Block denies liability on all counterclaims.

Upon consent of the parties, IT IS HEREBY ORDERED that:

A. Agustin Simon and Martha Simon and their agents, servants, affiliates, employees, attorneys and representatives and those in privity or acting in concert with them shall:

(1) Immediately assign their right, title and interest in telephone numbers (209) 892-2292, (209) 854-3051, and (209) 394-3550 to H&R Block or its assigns;

(2) Assign to H&R Block or its assignee the lease of real estate at 420 Main Street, Livingston, California on or before January 15, 2007;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

2                                          Case No. 1:06-CV-01385-0WW-SMS
2004573.1                                  JUDGMENT ON CONSENT

PDF created with pdfFactory trial version www.pdffactory.com

(3) Refrain from soliciting, directly or indirectly, H&R Block's customers who within the last two years received tax preparation services from any of the H&R Block offices in Patterson, Livingston and Gustine, California that were operated by Agustin Simon under Franchise Agreements between H&R Block and him for a period of one year from the date of this Order, provided, however, that Simon will not be prevented from performing tax services for others, or for customers of his former H&R Block franchises who contact Simon and request his services, and provided further that Simon will be able to advertise his tax preparation services in newspapers, telephone books, and similar mass media.

B. All other claims in this Action have been separately settled by the parties pursuant to a Settlement Agreement.

C. Plaintiff H&R Block Tax Services, Inc.'s Verified Complaint and the claims asserted therein and Defendants Agustin Simon's and Martha Simon's Counterclaims in this Action, are dismissed with prejudice, each party to bear their own costs and attorneys' fees, except as provided in the Settlement Agreement.

D. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

AGREED TO IN FORM AND SUBSTANCE:

PLAINTIFF H&R BLOCK TAX SERVICE, INC.


By:   /s/ Bruce M. Timm (as authorized on 1/16/07)
     Bruce M. Timm
     LITTLER MENDELSON, P.C.


By:   /s/ Dennis D. Palmer (as authorized on 1/16/07)
     Dennis D. Palmer
     SHUGHART THOMSON & KILROY, P.C.
     Attorneys for Plaintiff
     H&R BLOCK TAX SERVICES, INC.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

3                                Case No.  1:06-CV-01385-0WW-SMS
2004573.1                        JUDGMENT ON CONSENT

PDF created with pdfFactory trial version www.pdffactory.com

DEFENDANT AGUSTIN D. SIMON AND
DEFENDANT MARTHA A. SIMON


By:  /s/ Jill P. Sazama
     Jill P. Sazama
     CURTIS & ARATA
     Attorneys for Defendant Agustin D. Simon and
     Defendant Martha A. Simon



Dated:  1/17/07                                            /s/ Oliver W. Wanger
                                                          JUDGE, U.S. DISTRICT COURT,
                                                          EASTERN DISTRICT OF CALIFORNIA

2004573.1
PDF created with pdfFactory trial version www.pdffactory.com